**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA BRATTON, <br><br> Plaintiff, <br><br> vs. <br><br> WRIGHT, FINLEY & ZAK, LLP, et al., <br><br> Defendants. | Case No.: EDCV 12-907 DSF (DTBx) <br><br><br> JUDGMENT |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and plaintiff not having timely responded and the Court having granted motions to dismiss from the defendants who have appeared,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that defendants U.S. Bank, N.A., Wright, Finley & Zak, LLP, Tiffany M. Tran, and Aurora Loan Services, LLC be dismissed with prejudice, that unserved defendants Diane Kennelly and Structured Assets Securities Corporation be dismissed without prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 1/10/12

Dale S. Fischer
United States District Judge